UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MELVIN SCOTT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV307-16 |
| DERRYL HERMAN, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court and Plaintiff's grievance and *respondeat superior* claims are **DISMISSED** and Defendant Thompson is **DISMISSED**.

**SO ORDERED.**

JOHN F. NANGLE
UNITED STATES DISTRICT JUDGE

Dated: February 4, 2008